### CUTTER v. DOUGHTY, 23 Wend. 513.
#### In S. Ct. 7 Wend. 305.

#### *Devise ; Construction.*

THE first clause of a will after giving the testator's wife a life estate in his farm, proceeded thus: "after her death I give to my *grand children* and to their heirs forever, my said farm, as follows, to wit, to the children of my *step daughter*, M., lot No. 1 ; to the children of my daughter S., lot No. 3 ;" and then providing for the children of three other daughters in the same way ; the last clause was in these words : " It is my further will, that in case of the death of any of my said children, or my said step daughter, without lawful issue, the share or portion of my estate which by this my will would have gone to such issue, be equally divided among the *survivors* of my children or *grand children,* in the same proportion as herein before mentioned."

The Supreme Court held, that though in the devise of the property, the testator denominated the children of his step daughter his *grand children,* his naming them so in the clause devising the property, did not entitle them to claim, under the *last clause* of the will, a portion of the share of one of the daughters of the testator, on her dying without issue. But

The Court of Errors held, that the term "*grand children*" in *this clause,* embraced the children of his step daughter also, he having virtually declared such to be its meaning in the first clause.

Judgment *reversed* 13 to 11.

---

### SPRAKER v. VAN ALSTYNE, 18 Wend. 200.
#### In S. Ct. 13 Wend. 582.

#### *Devise ; Estate ; Legacy charged on Real Estate.*

IN this case, the Supreme Court held as follows :
" A devise of lands, (before the R. Stat.,) where there are no words of perpetuity, gives only *a life estate* ; and a fee